V James DeSimone, SBN 119668
Michael D. Seplow, SBN 150183
Michael Morrison, SBN 205320
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN, LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

LAW OFFICES OF THOMAS W. FALVEY
THOMAS W. FALVEY, SBN 65744
J.D. HENDERSON, SBN 235767
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone: (626) 795-0205

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUANE WATERS, DEBRA TURNER and RUDY FAJARDO, on behalf of themselves, all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T SERVICES, INC. (formerly SBC Services, Inc.) and DOES 1 through 10;<br><br>Defendants. | Case No: CV 09-3983 BZ<br><br>**REQUEST OF PLAINTIFFS' COUNSEL V. JAMES DESIMONE AND MICHAEL MORRISON FOR PERMISSION TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2009 CASE MANAGEMENT CONFERENCE (CMC) [CIVIL L.R. 16-10(a)]**<br><br>~~[PROPOSED]~~ **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC**<br><br>**CMC DATE: December 14, 2009**<br>**CMC Time: 4:00 pm**<br>**Courtroom: G** |

REQUEST OF PLAINTIFFS' COUNSEL V. JAMES DESIMONE AND MICHAEL MORRISON FOR PERMISSION TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2009 CASE MANAGEMENT CONFERENCE (CMC) [CIVIL L.R. 16-10(a)]; [PROPOSED] ORDER

0

TO THE HON. BERNARD ZIMMERMAN:

Pursuant to Local Civil Rule 16-10(a), Counsel for Plaintiffs V. James DeSimone and Michael Morrison request the Court's permission to participate in the December 14, 2009 case management conference by telephone.

The request is made on the grounds that attorneys DeSimone and Morrison have prior commitments that date which prevent travel from Los Angeles to San Francisco to attend the status conference.

Co-counsel for Plaintiffs Thomas W. Falvey <u>will appear in-person</u> at the case management conference. Thus, at least one of the lead trial counsel for Plaintiffs will be physically present in Court for the CMC.

The name, address and telephone number of each attorney representing a party is set forth in the attached proof of service.

DATED: December 3, 2009

SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP

LAW OFFICES OF THOMAS FALVEY

_____
Michael Morrison
V. James DeSimone
Michael D. Seplow
Attorneys for Plaintiffs

REQUEST OF PLAINTIFFS' COUNSEL V. JAMES DESIMONE AND MICHAEL MORRISON FOR PERMISSION TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2009 CASE MANAGEMENT CONFERENCE (CMC) [CIVIL L.R. 16-10(a)]; [PROPOSED] ORDER

1

## [PROPOSED] ORDER

The Court has reviewed and considered the Request of Plaintiffs' Counsel V. James DeSimone and Michael Morrison for Permission to Appear Telephonically at the December 14, 2009 Case Management Conference at 4:00 pm.

**GOOD CAUSE APPEARING,** Attorneys DeSimone's and Morrison's request to appear telephonically at the case management conference on behalf of all Plaintiffs is hereby GRANTED.

Counsel are directed to contact CourtCall to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  December 3, 2009

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

---

REQUEST OF PLAINTIFFS' COUNSEL V. JAMES DESIMONE AND MICHAEL MORRISON FOR PERMISSION TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2009 CASE MANAGEMENT CONFERENCE (CMC) [CIVIL L.R. 16-10(a)]; [PROPOSED] ORDER