J. AL LATHAM, JR. (State Bar # 71605) allatham@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Twenty-Fifth Floor
515 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

THOMAS E. GEIDT (State Bar # 80955) tomgeidt@paulhastings.com
RISHI N. SHARMA (State Bar # 239034) rishisharma@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Twenty-Fourth Floor
55 Second Street
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant,
AT&T SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE WATERS, DEBRA TURNER, and RUDY FAJARDO, on behalf of themselves, all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T SERVICES, INC., (formerly SBC Services, Inc.) and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:09-CV-03983 BZ<br><br>**REQUEST OF DEFENDANT'S COUNSEL J. AL LATHAM, JR. FOR PERMISSION TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2009 CASE MANAGEMENT CONFERENCE (CMC) [CIVIL L.R. 16-10(a)]**<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC**<br><br>Date: December 14, 2009<br>Time: 4:00 pm.<br>Courtroom: 15th Floor, Ctrm. G |

LEGAL_US_W # 63347425.1

CASE NO. 3:09-CV-03983 BZ                                                                REQUEST TO APPEAR BY TELEPHONE

1   TO THE HON. BERNARD ZIMMERMAN:

2   Pursuant to Local Civil Rule 16-10(a), Counsel for Defendant AT&T Services, Inc., J. Al Latham, Jr., requests the Court's permission to participate in the December 14, 2009 case management conference by telephone.

This request is made on the grounds that Mr. Latham is based in the Los Angeles office of the Paul Hastings firm, and prior commitments prevent him from traveling from Los Angeles to San Francisco to attend the conference.

The undersigned co-counsel for Defendant, Thomas E. Geidt, will appear in person at the case management conference. Thus, if this request is granted, at least one of Defendant's lead trial counsel will still be physically present in Court for the CMC.

DATED: December 3, 2009          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    THOMAS E. GEIDT

Attorneys for Defendant,
AT&T SERVICES, INC.

LEGAL_US_W # 63347425.1            - 1 -

CASE NO. 3:09-CV-03983 BZ                REQUEST TO APPEAR BY TELEPHONE

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court has reviewed and considered the Request of Defendant's Counsel, J. Al |
| 3 | Latham, Jr., for permission to appear telephonically at the December 14, 2009 Case Management |
| 4 | Conference at 4:00 p.m. |
| 5 | **GOOD CAUSE APPEARING,** Attorney J. Al Latham, Jr.'s request to appear |
| 6 | telephonically at the case management conference on behalf of Defendant is hereby GRANTED. |
| 7 | Counsel is directed to contact CourtCall to arrange for the telephonic appearance. |
| 8 | **IT IS SO ORDERED.** |
| 9 | DATED: _____ |

_____
Hon. Bernard Zimmerman
United States Magistrate Judge