1  J. AL LATHAM, JR. (State Bar # 71605) allatham@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  Twenty-Fifth Floor
   515 South Flower Street
3  Los Angeles, CA 90071
   Telephone: (213) 683-6000
4  Facsimile: (213) 627-0705

5  THOMAS E. GEIDT (State Bar # 80955) tomgeidt@paulhastings.com
   RISHI N. SHARMA (State Bar # 239034) rishisharma@paulhastings.com
6  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Twenty-Fourth Floor
7  55 Second Street
   San Francisco, CA 94105
8  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
9
   Attorneys for Defendant,
10 AT&T SERVICES, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | DUANE WATERS, DEBRA TURNER, and RUDY FAJARDO, on behalf of themselves, all others similarly situated and the general public, | CASE NO. 3:09-CV-03983 BZ |
|---|---|---|
| 15-17 | Plaintiffs, | **REQUEST OF DEFENDANT'S COUNSEL J. AL LATHAM, JR. FOR PERMISSION TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2009 CASE MANAGEMENT CONFERENCE (CMC) [CIVIL L.R. 16-10(a)]** |
| 18 | vs. | |
| 19 | AT&T SERVICES, INC., (formerly SBC Services, Inc.) and DOES 1 through 10, | [PROPOSED] **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC** |
| 20-21 | Defendants. | Date: December 14, 2009<br>Time: 4:00 pm.<br>Courtroom: 15th Floor, Ctrm. G |

22

23

24

25

26

27

28

LEGAL_US_W # 63347425.1

CASE NO. 3:09-CV-03983 BZ                                    REQUEST TO APPEAR BY TELEPHONE

TO THE HON. BERNARD ZIMMERMAN:

Pursuant to Local Civil Rule 16-10(a), Counsel for Defendant AT&T Services, Inc., J. Al Latham, Jr., requests the Court's permission to participate in the December 14, 2009 case management conference by telephone.

This request is made on the grounds that Mr. Latham is based in the Los Angeles office of the Paul Hastings firm, and prior commitments prevent him from traveling from Los Angeles to San Francisco to attend the conference.

The undersigned co-counsel for Defendant, Thomas E. Geidt, will appear in person at the case management conference. Thus, if this request is granted, at least one of Defendant's lead trial counsel will still be physically present in Court for the CMC.

DATED: December 3, 2009            PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
THOMAS E. GEIDT

Attorneys for Defendant,
AT&T SERVICES, INC.

## [~~PROPOSED~~] ORDER

The Court has reviewed and considered the Request of Defendant's Counsel, J. Al Latham, Jr., for permission to appear telephonically at the December 14, 2009 Case Management Conference at 4:00 p.m.

**GOOD CAUSE APPEARING,** Attorney J. Al Latham, Jr.'s request to appear telephonically at the case management conference on behalf of Defendant is hereby GRANTED.

Counsel is directed to contact CourtCall to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: December 7, 2009

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

LEGAL_US_W # 63347425.1                                      - 2 -

DEFENDANT'S ANSWER TO PLAINTIFF MATTHEW FALDMO'S COMPLAINT FOR DAMAGES