V James DeSimone, SBN 119668
Michael D. Seplow, SBN 150183
Michael Morrison, SBN 205320
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN, LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

LAW OFFICES OF THOMAS W. FALVEY
THOMAS W. FALVEY, SBN 65744
J.D. HENDERSON, SBN 235767
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone: (626) 795-0205

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE WATERS, DEBRA TURNER and RUDY FAJARDO, on behalf of themselves, all others similarly situated and the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T SERVICES, INC. (formerly SBC Services, Inc.) and DOES 1 through 10; <br><br> Defendants. | **Case No: CV 09-3983 BZ** <br><br> **REQUEST OF PLAINTIFFS' COUNSEL THOMAS W. FALVEY AND J.D. HENDERSON FOR PERMISSION TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2009 CASE MANAGEMENT CONFERENCE (CMC) [CIVIL L.R. 16-10(a)]** <br><br> [~~PROPOSED~~] **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC** <br><br> **CMC DATE: December 14, 2009** <br> **CMC Time: 4:00 pm** <br> **Courtroom: G** |

REQUEST OF PLAINTIFFS' COUNSEL THOMAS W. FALVEY AND J.D. HENDERSON FOR PERMISSION
TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2009 CASE MANAGEMENT CONFERENCE (CMC)
[CIVIL L.R. 16-10(a)]; [PROPOSED] ORDER

0

TO THE HON. BERNARD ZIMMERMAN:

Pursuant to Local Civil Rule 16-10(a), Counsel for Plaintiffs Thomas W. Falvey and J.D. Henderson request the Court's permission to participate in the December 14, 2009 case management conference by telephone.

The request is made on the grounds that attorney Falvey, who originally intended to appear in person at the case management conference, now has conflicts which prevent his traveling from Los Angeles to San Francisco to attend the status conference.  Attorney Henderson has prior commitments on that date which prevent travel as well.

The name, address and telephone number of each attorney representing a party is set forth in the attached proof of service.

DATED: December 3, 2009                    LAW OFFICES OF THOMAS FALVEY

                                                                     _____
                                                                                J.D. Henderson
                                                                            Attorneys for Plaintiffs

REQUEST OF PLAINTIFFS' COUNSEL THOMAS W. FALVEY AND J.D. HENDERSON FOR PERMISSION TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2009 CASE MANAGEMENT CONFERENCE (CMC) [CIVIL L.R. 16-10(a)]; [PROPOSED] ORDER

1

1 <center>~~[PROPOSED]~~ **ORDER**</center>

2  The Court has reviewed and considered the Request of Plaintiffs' Counsel Thomas W. Falvey and J.D. Henderson for Permission to Appear Telephonically at the December 14, 2009 Case Management Conference at 4:00 pm.

**GOOD CAUSE APPEARING,** Attorney Falvey and Henderson's request to appear telephonically at the case management conference on behalf of all Plaintiffs is hereby GRANTED.

Counsel are directed to contact CourtCall to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: December 7, 2009

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

REQUEST OF PLAINTIFFS' COUNSEL THOMAS W. FALVEY AND J.D. HENDERSON FOR PERMISSION TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2009 CASE MANAGEMENT CONFERENCE (CMC) [CIVIL L.R. 16-10(a)]; [PROPOSED] ORDER