UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DUANE WATERS, et al.<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>AT&T SERVICES,INC.,(formerly)<br>SBC Services, Inc., et al.,<br><br>　　　　Defendant(s). | No. C 09-3983 BZ<br><br>**FIRST CASE MANAGEMENT ORDER** |

Following the initial case management conference at which both sides were represented by counsel, **IT IS ORDERED** as follows:

　　1.  A further case management conference is scheduled for **Monday, May 24, 2010 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

　　2.  The parties have agreed to private mediation. The parties are **ORDERED** to agree on a mediator by **January 15, 2010** and to complete their mediation in advance of the next case

1

management conference.

    3. The parties are reminded that a failure to voluntarily disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions. Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

    In the event a discovery dispute arises, **lead counsel** for each party shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court does not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

    In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers. The party seeking discovery shall request a conference in a letter filed electronically not exceeding two pages (with no attachments) which briefly explains the nature of the action and the issues in dispute. Other parties shall reply in similar fashion within two days of receiving the letter

///

///

///

1 | requesting the conference.  The Court will contact the parties
2 | to schedule the conference.
3 | Dated: December 15, 2009

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WATERS V. AT&T\FIRST CMC ORDER.wpd