J. AL LATHAM, JR. (State Bar # 71605) allatham@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Twenty-Fifth Floor
515 South Flower Street
Los Angeles, CA  90071
Telephone: (213) 683-6000
Facsimile:  (213) 627-0705

THOMAS E. GEIDT (State Bar # 80955) tomgeidt@paulhastings.com
RISHI N. SHARMA (State Bar # 239034) rishisharma@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Twenty-Fourth Floor
55 Second Street
San Francisco, CA  94105
Telephone: (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant,
AT&T SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE WATERS, DEBRA TURNER, and RUDY FAJARDO, on behalf of themselves, all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T SERVICES, INC., (formerly SBC Services, Inc.) and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:09-CV-03983 BZ<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     August 4, 2010<br>Time:    10:00 a.m.<br>Ctrm:    G |

PLEASE TAKE NOTICE that Defendant AT&T Services, Inc. does not oppose Plaintiff's Motion for Preliminary Approval of Class Action Settlement in this matter.  Defendant fully supports the motion and respectfully requests that the Court grant preliminary approval of the settlement and schedule a hearing for final approval as proposed.  For the reasons stated in Plaintiff's motion, the settlement at this stage is fair, adequate and reasonable; it does not disclose any grounds to doubt its fairness or other obvious deficiencies; and it falls well within the range of possible approval.

LEGAL_US_W # 65306124.1

1  DATED: July 22, 2010                PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3                                       By: _____
                                              THOMAS E. GEIDT
4
                                        Attorneys for Defendant,
5                                       AT&T SERVICES, INC.