V James DeSimone, SBN 119668
Michael D. Seplow, SBN 150183
Michael Morrison, SBN 205320
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN, LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

LAW OFFICES OF THOMAS W. FALVEY
THOMAS W. FALVEY, SBN 65744
J.D. HENDERSON, SBN 235767
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone: (626) 795-0205

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE WATERS, DEBRA TURNER and RUDY FAJARDO, on behalf of themselves, all others similarly situated and the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T SERVICES, INC. (formerly SBC Services, Inc.) and DOES 1 through 10; <br><br> Defendants. | Case No: CV 09-3983 BZ <br><br> NOTICE OF LODGING OF EXECUTED SETTLEMENT AGREEMENT AND JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT <br><br> Date: August 4, 2010 <br> Time: 10:00 a.m. <br> Courtroom G |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby lodge the attached executed Settlement Agreement and Joint Stipulation between Plaintiffs and Defendants, which has been signed by all parties and their counsel, in support of their

1  unopposed Motion for Preliminary Approval of Class Action Settlement and
2  Provisional Certification of Class. An unsigned copy of this Settlement Agreement
3  and Joint Stipulation was included with Plaintiffs' moving papers which were filed
4  on July, 15, 2010.

6  DATED: July 23, 2010            SCHONBRUN DESIMONE SEPLOW
                                   HARRIS & HOFFMAN LLP

                                   LAW OFFICES OF THOMAS FALVEY

                                   _____
                                   V. James DeSimone
                                   Michael D. Seplow
                                   Attorneys for Plaintiffs