UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE WATERS, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> AT&T SERVICES, INC., (formerly SBC Services, Inc., et al., <br><br> Defendant(s). | No. C 09-3983 BZ <br><br> **ORDER FOR FURTHER BRIEFING AND FILING** |

For the reasons discussed on the record during this morning's hearing on the motion for preliminary approval of the proposed settlement, **IT IS HEREBY ORDERED** that by **August 23, 2010**, the parties shall file the following additional documents:

1. If they elect to proceed with the current representatives and the current proposed settlement, any authority which analyzes whether a former employee can adequately represent employed class members who are beyond the period of the representative's employment.

1

2. Information sufficient to enable the Court to determine the fairness, reasonableness and adequacy of the proposed settlement, as the parties recognize the Court is obligated to do on page 10 of the Memorandum.

3. Any revisions to the proposed settlement and proposed form of notice to account for the concerns raised by the Court about the tension created by trying to settle an "opt in" federal class and an "opt out" state class.

4. Any other documents the parties wish the Court to consider in deciding on whether to grant preliminary approval of the settlement.

5. The Court will schedule a further hearing if it determines that one is necessary.

Dated: August 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WATERS V. AT&T\ORDER FOR FURTHER BRIEFING AND FILING.wpd

2