```
 1  V. James DeSimone, SBN 119668
    Michael D. Seplow, SBN 150183
 2  SCHONBRUN DESIMONE SEPLOW
    HARRIS & HOFFMAN, LLP
 3  723 Ocean Front Walk
    Venice, CA 90291
 4  Telephone: (310) 396-0731
    Facsimile: (310) 399-7040
 5  VJDesimone@gmail.com
    MSeplow@gmail.com
 6
    LAW OFFICES OF THOMAS W. FALVEY
 7  THOMAS W. FALVEY, SBN 65744
    J.D. HENDERSON, SBN 235767
 8  301 North Lake Avenue, Suite 800
    Pasadena, California 91101
 9  Telephone: (626) 795-0205
    thomaswfalvey@gmail.com
10
    Attorneys for Plaintiffs
11
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE WATERS, DEBRA TURNER and RUDY FAJARDO, on behalf of themselves, all others similarly situated and the general public,<br><br>　　Plaintiffs,<br><br>vs.<br><br>AT&T SERVICES, INC. (formerly SBC Services, Inc.) and DOES 1 through 10;<br><br>　　Defendants. | Case No: CV 09-3983 BZ<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE AUGUST 30, 2010 CASE MANAGEMENT CONFERENCE IN LIGHT OF PENDING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

The Court, having received the parties' Joint Stipulation to Continue the August 30, 2010 Case Management Conference in Light of Pending Motion for Preliminary Approval of Class Action Settlement and finding good cause therefore:

1  IT IS HEREBY ORDERED THAT:

2

3  The Case Management Conference, which was previously scheduled for
4  August 30, 2010 at 4:00 p.m. is continued until   Monday, September 13  , 2010.

5

6  IT IS FURTHER ORDERED THAT:

7  In the event that the Motion for Preliminary Approval is granted, the Case
8  Management Conference will be taken off calender.

9

10

11

12  IT IS SO ORDERED.

13

14

15  Dated:   August 26   , 2010

16                                       HON. BERNARD ZIMMERMAN
                                     UNITED STATES MAGISTRATE JUDGE

17

18  _____

19

20

21

22

23

24

25

26

27

28