1  V. James DeSimone, SBN 119668
   Michael D. Seplow, SBN 150183
2  SCHONBRUN DESIMONE SEPLOW
   HARRIS & HOFFMAN, LLP
3  723 Ocean Front Walk
   Venice, CA 90291
4  Telephone: (310) 396-0731
   Facsimile: (310) 399-7040
5  VJDesimone@gmail.com
   MSeplow@gmail.com
6
   LAW OFFICES OF THOMAS W. FALVEY
7  Thomas W. Falvey, SBN 65744
   J.D. Henderson, SBN 235767
8  301 North Lake Avenue, Suite 800
   Pasadena, California 91101
9  Telephone: (626) 795-0205
   thomaswfalvey@gmail.com
10
   Attorneys for Plaintiffs
11

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE WATERS, DEBRA TURNER and RUDY FAJARDO, on behalf of themselves, all others similarly situated and the general public,<br><br>   Plaintiffs,<br><br>vs.<br><br>AT&T SERVICES, INC. (formerly SBC Services, Inc.) and DOES 1 through 10;<br><br>   Defendants. | Case No: CV 09-3983 BZ<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SEPTEMBER 13, 2010 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 27, 2010 |

The Court, having received the parties' Joint Stipulation to Continue the September 13, 2010 Case Management Conference to September 27, 2010 and finding good cause therefore:

1  IT IS HEREBY ORDERED THAT:

2

3  The Case Management Conference, which was previously scheduled for
4  September 13, 2010 at 4:00 p.m. is continued until September 27, 2010 at 4:00
5  p.m.

6

7  IT IS FURTHER ORDERED THAT:

8  In the event that the Motion for Preliminary Approval is granted, the Case
9  Management Conference will be taken off calender.

10

11

12

13  IT IS SO ORDERED.

14

15

16  Dated: 8 Sept 1, 2010

17  HON. BERNARD ZIMMERMAN
    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28