1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9

10                                  )
    DUANE WATERS, et al.            )
11                                  )         No. C 09-3983 BZ
                                    )
12              Plaintiff(s),       )
                                    )         **ORDER AMENDING ORDER FOR**
13        v.                        )         **PRELIMINARY APPROVAL OF**
                                    )         **CLASS SETTLEMENT**
14  AT&T SERVICES,INC.,(formerly)
    SBC Services, Inc., et al.,     )
15                                  )
                Defendant(s).       )
16                                  )
                                    )
    _____)
17

18        **IT IS HEREBY ORDERED** that the Order For Preliminary

19  Approval of Class Action Settlement (Docket No. 50) is amended

20  with the consent of the parties, to continue the final

21  approval hearing to **February 9, 2011 at 1:30 p.m.**, in

22  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

23  Avenue, San Francisco, California 94102.  All other dates

24  remain as ordered.

25  Dated: September 30, 2010

26                                  _____
                                         Bernard Zimmerman
27                                    United States Magistrate Judge

28  G:\BZALL\-BZCASES\WATERS V. AT&T\AMENDED ORD RE PRELIMINARY APPROVAL OF CLASS ACTION
    SETTLEMENT.wpd

                                    1