UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DUANE WATERS, et al. )<br>) | |
| ) | No. C 09-3983 BZ |
| Plaintiff(s), )<br>) | |
| v. ) | |
| ) | **ORDER AWARDING CLAIMS** |
| AT&T SERVICES,INC.,(formerly) | **ADMINISTRATION EXPENSES** |
| SBC Services, Inc., et al., )<br>) | |
| Defendant(s). ) | |

This matter is before the Court as part of plaintiffs' motion for award of attorneys' fees and costs, claims administration expenses, and class representative enhancement.

Having considered the documents filed by the parties and the pleadings and records on file in this matter, the Court approves payment of the fees and costs of the appointed claims administrator, CPT Group, Inc., in the amount of $20,000 for

///

///

///

1

1 | services rendered and to be rendered in connection with this
2 | settlement.
3 | Dated: February 17, 2011

_____
Bernard Zimmerman
United States Magistrate Judge